IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE TIDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:10-cv-373-JPG-DGW |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Motion for Physical Exam filed on November 17, 2010, by Defendant CSX Transportation, Inc. pursuant to Fed. R. Civ. P. 35 (Doc. 16). The Plaintiff has not objected to the request for physical exam.  As specified below, the motion is **GRANTED**.

Federal Rule of Civil Procedure 35(a) states that:

(1) The court where the action is pending may order a party whose mental or physical condition--including blood group--is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner.

(2) The order:

(A) may be made only on motion for good cause and on notice to all parties and the person to be examined; and

(B) must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

Fed. R. Civ. P. 35(a).

In his complaint, Plaintiff alleges physical injury as a result of Defendant's negligence, and has therefore raised his medical condition as an issue in the case.  Thus, the Court finds good cause for a medical examination of the Plaintiff.

The Court hereby **ORDERS** Plaintiff, George Tidwell, to appear at a physical examination

by Dr. Peter Anderson, M.D., an orthopedic surgeon, at his offices on **December 14, 2010, at 1:00 p.m.**  Defendant shall forward to Plaintiff's counsel a copy of the doctor's report after the completion of the examination.

**IT IS SO ORDERED.**

**DATED: December 1, 2010**

> *s/ Donald G. Wilkerson*
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**